```
                                    FILED

                             08 MAR 26 PM 3:21

                             CLERK, U.S. DISTRICT COURT
                             SOUTHERN DISTRICT OF CALIFORNIA

                             BY: /s/            DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury  '08 CR 0895 W

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| OCTAVIO RUIZ-GOMEZ (1), ) JORGE ACUNA-BETANCOURT (2), ) JORGE AMES BARR (3), ) | |
| Defendants. ) | |

The grand jury charges:

Count 1

On or about March 12, 2008, within the Southern District of California, defendants OCTAVIO RUIZ-GOMEZ, JORGE ACUNA-BETANCOURT and JORGE AMES BARR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Braulio Gomez Villa, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

ABC:fer:San Diego
3/25/08

<u>Count 2</u>

On or about March 12, 2008, within the Southern District of California, defendants OCTAVIO RUIZ-GOMEZ, JORGE ACUNA-BETANCOURT and JORGE AMES BARR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Braulio Gomez Villa, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

<u>Count 3</u>

On or about March 12, 2008, within the Southern District of California, defendants OCTAVIO RUIZ-GOMEZ, JORGE ACUNA-BETANCOURT and JORGE AMES BARR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Luis Cruz Quinones, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

                                Count 4

On or about March 12, 2008, within the Southern District of California, defendants OCTAVIO RUIZ-GOMEZ, JORGE ACUNA-BETANCOURT and JORGE AMES BARR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Luis Cruz Quinones, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

                                Count 5

On or about March 12, 2008, within the Southern District of California, defendants OCTAVIO RUIZ-GOMEZ, JORGE ACUNA-BETANCOURT and JORGE AMES BARR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Mauricio Sanchez-Contreras, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

<u>Count 6</u>

On or about March 12, 2008, within the Southern District of California, defendants OCTAVIO RUIZ-GOMEZ, JORGE ACUNA-BETANCOURT and JORGE AMES BARR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Mauricio Sanchez-Contreras, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: March 26, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney