# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08 cr 895-W |
| Plaintiff ) | CRIMINAL NO. 08 mj 798 |
| ) | |
| vs. ) | ORDER |
| ) | RELEASING MATERIAL WITNESS |
| OCTAVIO RUIZ-GONEZ, ) | |
| ) | Booking No. |
| Defendant(s) ET AL ) | |

On order of the United States District/Magistrate Judge,    **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted)/ Case Disposed / Order of Court).

JOSE LUIS CRUZ QUINONES

DATED: 4/7/08

**Leo S. Papas**

RECEIVED _____

DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk