1  BERNARD G. SKOMAL
   State Bar No. 116239
2  1010 Second Ave., Ste. 1850
   San Diego, CA. 92101
3  Telephone: (619) 230-6500

4  Attorney for Defendant Acuna-Betancourt

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr0895-W |
|---|---|---|
| Plaintiff, | ) | NOTICE OF MOTION |
|  | ) | and |
| v. | ) | MOTION FOR JOINDER |
|  | ) |  |
| JORGE ACUNA-BETANCOURT, | ) | Date: May 12, 2008 |
|  | ) | Time: 2:00 p.m. |
| Defendants. | ) |  |

TO:  KAREN HEWITT, UNITED STATES ATTORNEY and
     AARON CLARK, ASSISTANT UNITED STATES ATTORNEY.

PLEASE TAKE NOTICE that on the day and at the time and place indicated above, Defendant Jorge Acuna-Betancourt, by through his attorney, will request to join in the motion for discovery filed by Jorge Ames Barr.  He also request leave to join in all motions filed by Octavio Ruiz-Gomez.

**MOTION FOR JOINDER**

The defendant, by and through his counsel, Bernard G. Skomal, hereby moves this Court to join in the above stated motions for discovery including all the memorandum of points and authorities filed, all records and files relied on in those motions, and all other matters that may be brought in these motions before or at the hearing on these motions.

1  Dated: April 28, 2008                              Respectfully submitted,

4                                                     __/s/ Bernard G. Skomal_____
                                                      BERNARD G. SKOMAL
5                                                     Attorney For Defendant Acuna-Betancourt

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 28, 2008 in the above entitled case I electronically filed defendant's Motion for Joinder with the Clerk of the Court using the CM/ECF system. I served counsel for all parties in this case through the same CM/ECF system.


Dated: April 28, 2008                      Respectfully submitted,

                                                /s/ Bernard G. Skomal
                                                BERNARD G. SKOMAL
                                                Attorney for Defendant