1
2
3
4
5
6
7
8

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(THE HONORABLE   ANTHONY J. BATTAGLIA)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 08 mj 798 |
| | ) | Criminal Case No. 08 cr 895 W |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | TO EXONERATE THE APPEARANCE |
| | ) | BOND FOR MATERIAL WITNESS |
| | ) | BRAULIO GOMEZ-VILLA |
| OCTAVIO RUIZ-GOMEZ et. al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

        IT IS HEREBY ORDERED that the personal surety bond of $5,000.00, which secured the

presence of Material Witness BRAULIIO GOMEZ-VILLA be exonerated forthwith and the cash

deposit of $500.00 be returned to his surety, JOSE VILLA  at the following address: 1431 n. 4th, Lot

#30, Pasco, Washington 99301.

        IT IS SO ORDERED.

DATED:  July 15, 2008

                                                    _____
                                                    Hon. Anthony J. Battaglia
                                                    U.S. Magistrate Judge
                                                    United States District Court

1