UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(THE HONORABLE   ANTHONY J. BATTAGLIA)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>OCTAVIO RUIZ-GOMEZ et. al.,<br><br>            Defendant. | Magistrate Case No. 08 mj 798<br>Criminal Case No. 08 cr 895 W<br><br>ORDER<br>TO EXONERATE THE APPEARANCE<br>BOND FOR MATERIAL WITNESS<br>JOSE LUIS CRUZ-QUINONES |

     IT IS HEREBY ORDERED that the personal surety bond of $5,000.00, which secured the presence of Material Witness JOSE LUIS CRUZ-QUINONES be exonerated forthwith and the cash deposit of $500.00 be returned to his surety, SUSAN C. CUZIC at the following address: 1701 Marshall Road #176, Vacaville, California 95687.

     IT IS SO ORDERED.

DATED: July 15, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1