UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(THE HONORABLE   ANTHONY J. BATTAGLIA)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 08 mj 798 |
| ) | Criminal Case No. 08 cr 895 W |
| Plaintiff, ) | |
| ) | ORDER |
| ) | TO EXONERATE THE APPEARANCE |
| v. ) | BOND FOR MATERIAL WITNESS |
| ) | MAURICIO SANCHEZ-CONTRERAS |
| OCTAVIO RUIZ-GOMEZ et. al., ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the personal surety bond of $10,000.00, which secured the presence of Material Witness MAURICIO SANCHEZ-CONTRERAS be exonerated forthwith and the cash deposit of $1,000.00 be returned to his surety, ANA BERTA AGUILAR at the following address: 17622 Cameron Street, Apt. 7, Huntington Beach, CA  92647.

IT IS SO ORDERED.

DATED:  July 16, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1