UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(THE HONORABLE ANTHONY J. BATTAGLIA)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br><br>OCTAVIO RUIZ-GOMEZ et. al.,<br><br>        Defendant. | Magistrate Case No. 08 mj 798<br>Criminal Case No. 08 cr 895 W<br><br>AMENDED ORDER<br>TO EXONERATE THE APPEARANCE<br>BOND FOR MATERIAL WITNESS<br>MAURICIO SANCHEZ-CONTRERAS |

**ORDER**

IT IS HEREBY ORDERED that the personal surety bond of $10,000.00, which secured the presence of Material Witness MAURICIO SANCHEZ-CONTRERAS be exonerated forthwith and the cash deposit of $1,000.00 be returned to his surety, ANA BERTHA AGUILAR at the following

//

//

//

1

1  address: 17622 Cameron Street, Apt. 7, Huntington Beach, California 92647.

2

3

4

5  DATED:  July 24, 2008

6  _____
Hon. Anthony J. Battaglia
7  U.S. Magistrate Judge
United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28